IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

DAVID BAUER,

       Plaintiff,

vs.                           CASE NO.: 8:13-CV-3143-JDW-AEP

MIDLAND CREDIT MANAGEMENT, INC.,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff David Bauer, by the undersigned attorney, hereby gives notice to the Court that

the above-captioned action as been settled.

## MEMORANDUM OF LAW

      Local Rule of Federal Procedure 3.08(a) states that, "It shall be the duty of all counsel to

immediately notify the Court upon the settlement of any case."

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 13, 2014 I electronically filed the foregoing with the
Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing
document and the notice of electronic filing by first-class mail to the following non-CM/ECF
participants: N/A.

                s/ Timothy Condon
               TIMOTHY CONDON, ESQ.   FBN 217921
               307 S. Fielding Ave., #2, Tampa, FL  33606
               Telephone 813-251-2626 Fax 813-200-3395
               Email timcondonlaw@gmail.com
               ATTORNEY FOR PLAINTIFF