IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

DAVID BAUER,

    Plaintiff,

vs.                                                CASE NO.: 8:13-CV-3143-JAW-AEP

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties herein hereby represent to the Court that this matter has been amicably settled, and accordingly file this Joint Stipulation for Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with all parties to bear their own costs and attorneys' fees.

DATED on March 13, 2014.

| | |
|---|---|
| s/ Timothy Condon | s/ Matthew Devine |
| TIMOTHY CONDON, ESQ. - FBN 217921 | MATTHEW DEVINE, ESQ. - FAN 099377 |
| 307 S. Fielding Ave., #2, Tampa, FL  33606 | BURR & FOEMAN LP |
| Phone: 813-251-2626    Fax: 813-200-3395 | 200 S. Orange Ave., #800, Tampa, FL 32801 |
| Email address:   timcondonlaw@gmail.com | Tel. 407-540-6600   Fax 4067-540-6601 |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |