UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BAUER,

     Plaintiff,

vs.
                                 Case No. 8:13-cv-03143-T-27AEP

MIDLAND CREDIT MANAGEMENT, INC.,

     Defendant.

_____/

## ORDER

     **BEFORE THE COURT** is the parties' Joint Stipulation for Dismissal With Prejudice (Dkt. 10). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** the file.

     **DONE AND ORDERED** this __17th__ day of March, 2014.

                             JAMES D. WHITTEMORE
                             United States District Judge

Copies to: Counsel of Record

1